UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23833-CMA

HOWARD COHAN,

    Plaintiff,

vs.

WYNNE BUILDING CORPORATION
a Florida Profit Corporation
d/b/a BEST WESTERN HOTEL & SUITES

    Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, WYNNE BUILDING CORPORATION, a Florida Profit Corporation, d/b/a BEST WESTERN HOTEL & SUITES, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED February 25, 2025.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | BY: **/s/ Serena M. Kurtz** |
| Gregory S. Sconzo, Esq. | SERENA M. KURTZ |
| Florida Bar No.: 0105553 | Florida Bar No. 0088683 |
| SCONZO LAW OFFICE, P.A. | HAS-KD@kubickidraper.com |
| 300 Avenue of the Champions, Suite 260 | KUBICKI DRAPER |
| Palm Beach Gardens, FL 33419 | 400 North Ashley Drive, Suite 1200 |
| Telephone: (561) 729-0940 | Tampa, Florida 33602 |
| Facsimile: (561) 491-9459 | Direct Line: (813) 314-1126 |
| Email: greg@sconzolawoffice.com | **Attorney for Defendant, WYNNE BUILDING CORPORATION** |
| Email: shtalia@sconzolawoffice.com | |
| Attorney for Plaintiff | |

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**