UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 24-23833-CIV-ALTONAGA/Reid**

**HOWARD COHAN**,

    Plaintiff,

v.

**WYNNE BUILDING CORPORATION**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On February 26, 2025, the Court entered an Order Administratively Closing Case [ECF No. 18], requiring the parties to file a stipulation of dismissal within sixty (60) days of the Order. To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply.

Accordingly, it is

**ORDERED** that the case is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2025.

                                         _____
                                         **CECILIA M. ALTONAGA**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record